■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL L. MARTINEZ, Appellant.—Judgment unanimously affirmed. Memorandum: We reject defendant's contention that the court erred in denying his motion to suppress statements

made to the police. Great weight must be accorded the suppression court's determinations that the statements were voluntary (see, People v Prochilo, 41 NY2d 759, 761). The factual determinations are supported by the record (see, People v Hoyer, 140 AD2d 853, 854, lv denied 72 NY2d 919). We also find that defendant's sentence was neither harsh nor excessive. (Appeal from Judgment of Jefferson County Court, Clary, J.—Attempted Burglary, 3rd Degree.) Present—Denman, P. J., Pine, Lawton, Boehm and Davis, JJ.